FILED

Feb 05 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY ROBERT RUIZ,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>RHONDA SKIPPERR-DOTTA, CHIEF DEPUTY OF PAROLE (BPH),<br><br>　　　Defendant. | Case No. 20-cv-08513 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a California state inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983.  The events of which Plaintiff complains occurred primarily at Corcoran State Prison, which is located in Kings County.  Plaintiff also seeks to be granted parole by the board in Sacramento County.  Plaintiff is currently incarcerated at Deuel Vocational Institution in San Joaquin County.  Kings, Sacramento, and San Joaquin counties are all located within the Eastern District of California.  *See* 28 U.S.C. § 84(b).  Venue therefore is proper in the Eastern District of California.  *See* 28 U.S.C. § 1391(b).  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  The Clerk of the Court is directed to transfer the case forthwith.

　　**IT IS SO ORDERED.**

DATED: February 5, 2021

　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 20-cv-08513 NC (PR)
ORDER OF TRANSFER